# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LINDA MALONE,

                Plaintiff,           Case No. 2:11-cv-00447-PMP-PAL

vs.                                          **ORDER**

COLORADO CASUALTY INSURANCE COMPANY, *et al.,*

                Defendants.

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed to federal court (Dkt. #1) March 24, 2011. Defendants filed their Answer (Dkt. #4) March 31, 2011. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** the Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., April 28, 2011.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 14th day of April, 2011.

                                                                        _____
                                                                        Peggy A. Leen
                                                                        United States Magistrate Judge