UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LINDA MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00447-PMP-CWH |
| | ) | |
| v. | ) | |
| | ) | |
| COLORADO CASUALTY INSURANCE | ) | |
| COMPANY and BILL YARTZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

On October 31, 2012, this Court stayed these proceedings pending an agreement between the parties to submit the matter to binding arbitration (Doc. #50). On January 7, 2013, the parties filed a joint status report indicating that the parties would submit an agreed upon Binding Arbitration Agreement within two weeks (Doc. #52). Nothing has been filed since that date.

IT IS THEREFORE ORDERED that the parties shall have to and including March 17, 2013, within which to file a status report and show cause in writing why this action should not be closed.

DATED: 02/25/2013

_____
PHILIP M. PRO
United States District Judge