UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA MALONE,<br><br>       Plaintiff,<br><br>v.<br><br>COLORADO CASUALTY INSURANCE COMPANY and BILL YARTZ,<br><br>       Defendants. | 2:11-cv-00447-PMP-CWH<br><br><br>ORDER |

On October 31, 2012, this Court stayed these proceedings pending an agreement between the parties to submit the matter to binding arbitration (Doc. #50).  On January 7, 2013, the parties filed a joint status report indicating that the parties would submit an agreed upon Binding Arbitration Agreement within two weeks (Doc. #52).  Having received nothing from the parties, on February 25, 2013, the Court ordered the parties to show cause in writing why the action should not be dismissed.  (Order (Doc. #53).)  On March 15, 2013, the parties filed a Status Report Regarding Arbitration (Doc. #54) indicating they would file a Binding Arbitration Agreement within two weeks.  Nothing has been filed since that date.  Based on the parties' Status Report Regarding Arbitration,

IT IS ORDERED that this action is hereby DISMISSED.

DATED:  April 22, 2013

_____
PHILIP M. PRO
United States District Judge